January 24, 2018

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 South Dearborn**
**Chicago, IL 60604**

**Michael E Egert**
**Michaela Jo Egert**
Chapter **13**
Bankruptcy Case #17-26170
Acct. # 8357
Claim # 14

To Whom It May Concern:

Please withdraw claim #14, in the amount of $30,611.93 in the name of Michael and Michaela Egert, case # 17-26170, filed 12/26/17. This was incorrectly filed.

Thank you,
/s/ Michelle Presley
PNC BANK (BR-YB58-01-3)
6750 Miller Road
Brecksville OH 44141
866-622-2657 ext.62409

***Michelle.Presley@pnc.com***